IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

LEON NATHAN DAVIS,            )
                             )
         Petitioner,         )
                             )
    v.                       )          CV 120-051
                             )            (Formerly CR 115-059)
UNITED STATES OF AMERICA,     )
                             )
         Respondent.         )
                      _____

**O R D E R**
                      _____

Petitioner, an inmate at the United States Penitentiary in Greenville, Illinois, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Clerk of Court **SHALL SERVE** the United States Attorney with this Order and a copy of the § 2255 motion. The Court **DIRECTS** Respondent to file an answer or response within sixty days of the date of this Order, and Petitioner shall furnish the United States Attorney in Augusta, Georgia, with copies of all future motions or papers filed in this case. No discovery shall be had by either party without leave of Court.

SO ORDERED this 31st day of March, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA