FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL -2 AM 9: 06

CLERK_____
SO. DIST. OF GA.

LEON DAVIS

PETITIONER,

V.

UNITED STATES OF AMERICA,

RESPONDENT.

CV 120-051

(CR 115-059)

PETITIONER'S RESPONE TO GOVERNMENTS MOTION TO DISMISS
DAVIS'S 28 U.S.C. § 2255 MOTION

RESPONSE TO;

I. CLAIMS ARE CONCLUSORY: RELIANCE ON DAVIS MISPLACED.
THE ARGUEMENT MR. DAVIS, THE PETITIONER, MAKES IS THAT THE
UNITED SUPREME COURT RULED IN FAVOR OF DAVIS SAYING THAT
"THE RESIDUAL CLAIM IS VAGUE". THE WORDING IN 924 (c)(3)(B)'s
RESIDUAL CLAUSE IS THE EXACT WORDING FOUND IN MR. DAVIS'S, THE
PETITIONER, CONVICTED OFFENSE OF 924 (c), THEREFORE MR. DAVIS'S
CLAIM IS WARRANTED AND HE SHOULD BE RELEASED.

RESPONSE TO;

II REMAINING CLAIM IS UNTIMELY, MERITLESS, AND PROCEDURALLY
DEFAULTED: MR. DAVIS FILED THE 2255 LESS THAN ONE YEAR
FROM THE RULING OF THE SUPREME COURT ON THE DAVIS CASE.
THEREFORE THE CLAIM IS TIMELY. MR. DAVIS SHOULD BE RELEASED.

②

ALSO, IN RESPONCE TO PROCEDURAL DEFAULT;
THERE WAS A "FUNDAMENTAL MISCARRIAGE OF JUSTICE". MR DAVIS
WAS SENTENCED TO 180 MONTHS FOLLOWED BY LIFE OF SUPERVISED
RELEASE. IT IS UNDERSTOOD THAT THE COURTS SHOULD SENTENCE
THOSE CONVICTED OFF THE SAME OFFENCE UNIFORMLY AND EQUALLY.
THIS IS NOT THE CASE HERE. COMPARE TO ALMOST IDENTICAL
CASES. U.S VS JOHN WALKER LINDH AND U.S. VS. HAMZA AHMED.
LET US FIRST LOOK AT JOHN WALKER LINDH. MR. LINDH TRAVELED
TO YEMEN AT THE AGE OF 17. HE ENTERED AL-EEMAAN UNIVERSITY
AS A STUDENT. FROM THERE HE TRAVELED TO BANU PAKISTAN TO
MEMORIZE QURAN. AFTER COMPLETION OF THE QURAN MR. LINDH
THEN TRAVELED TO AFGHANISTAN. WHILE IN AFGHANISTAN, MR. LINDH
ATTENDED A "TERRORIST" CAMP CALLED CAMP AL-FAROOK. WHILE THERE
MR. LINDH MET AND SPOKE SEVERAL TIMES WITH OSAMA BIN LADEN.
NOT LONG AFTER THAT MR. LINDH JOINED THE TALIBAN. HE WAS
EVENTUALLY CAPTURED AND PLACED IN AN AFGHAN PRISON. SUBSEQUENTLY
HE LED A REVOLT INSIDE OF THE PRISON, OVERTOOK THE GAURDS AND
HE AND HIS FELLOW TALIBAN MEMBERS SHOT THEIR WAY OUT.
DURING THIS MELEE' A CIA AGENT WAS KILLED. LATER LINDH WAS
CAPTURED AND BROUGHT TO THE UNITED STATES TO FACE CHARGES.
MR. LINDH WAS SENTENCED TO 20 YEARS FOLLOWED BY ONLY 3 YEARS
OF SUPERVISED RELEASE. SECONDLY LET US LOOK AT U.S. VS. HAMZA
AHMAD. MR. AHMAD A SOMOLIAN LIVING IN MINNESOTA COMMITTED FRAUD
BY TAKING MONEY FROM A COLLEGE GRANT TO FINACIALLY SUPPORT
HIS TRIP TO SYRIA TO JOIN ISIS. MR. AHMAD WAS ARRESTED TRYING
TO BOARD A PLANE TO SYRIA JUST LIKE MR. DAVIS. MR. HAMZA
AHMAD ON RECEIVED 10 YEARS. NOW LET US LOOK FURTHER.
NONE OF THE THREE, MR. DAVIS, MR. LINDH, OR MR. HAMZA

(3)

RECEIVED ANY RULE 35(B) OR 5K1.1 FOR ASSISTING THE GOVERNMENT. HOWEVER THE ~~SENTENCE~~ SENTENCES ARE DRASTICALLY DIFFERENT. MR. DAVIS HAD NO TERRORIST TRAINING, NEVER MET ANY TERRORIST AND CERTAINLY NOT OSAMA BIN LADEN. MR. DAVIS DID NOT FIGHT IN ANY WAR OR "JIHAD". MR. DAVIS DID NOT ESCAPE FROM PRISON. MR. DAVIS DID NOT HAVE A SHOOT OUT THAT LED TO THE DEATH OF A CIA AGENT. AND MR. DAVIS DID NOT DEFRAUD THE UNITED STATES. MR. DAVIS ATTEMPTED TO BOARD AN AIRPLANE. NO WEAPONS. NO VIOLENCE. NO DEATH. AT BEST MR. DAVIS SHOULD BE RELEASED DUE TO THE VAGUENESS OF THE CHARGE. AT WORST HE SHOULD BE RE-SENTENCED TO REFLECT THE SEVERITY OF HIS CRIME. 10 YEARS FOLLOWED BY 3 YEARS SUPERVISED RELEASE.

LEON DAVIS
# 97831-020
F.C.I. GREENVILLE
P.O. BOX 5000
GREENVILLE, IL 62246

NOTE: A COPY HAS BEEN SENT TO MRS. NANCY GREENWOOD'S OFFICE IN AUGUSTA AS ORDERED

Leon Davis
06/28/20

Leon Davis
#97831-020
Greenville Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

SAINT LOUIS MO 630
29 JUN 2020 PM 6 L

Clerk, U.S. District Court
P.O. Box 1130
Augusta, Ga 30903

✳ Legal Mail ✳          30903-113030