AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEON NATHAN DAVIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-051
CR 115-059

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 24, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court GRANTS Respondent's Motion to Dismiss, DISMISSES Petitioner's 2255 motion, DENIES a COA in this case, and CLOSES this civil action. Judgment is entered in favor of Respondent.

9/21/2020                                             John E. Triplett, Acting Clerk
*Date*                                                 *Clerk*

*Morgan A. Akins*
*(By) Deputy Clerk*

GAS Rev 10/1/03