May 18, 2023

United States District Court
Southern District of Georgia
Augusta Division

Leon Nathan Davis

v.

United States of America

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2023 MAY 30  A 10: 10

CLERK
SO. DIST. OF GA.

Case Number 1:15CR00059-1

The petitioner, Leon Davis, files a motion requesting a modification of fine payment.

After 8 years of imprisonment, the petitioner still owes $1300 of a $1500 fine.

Mr. Davis does not receive financial assistance on a regular basis. Also, mr. Davis' father passed away in Nov. 2019 and his mother passed away in Dec. 2022. So what little financial assistance he did receive is now no longer.

Mr. Davis is housed at the ADX Maximum Security Prison where there is no UNICOR or other jobs to work for a meager income.

Mr. Davis has life on supervised release and requests all payments be deferred until his release. Once Mr. Davis is released and has gainful employment he will then pay off the balance of his fine, under the supervision on a court officer.

Mr. Davis thanks the court for this consideration.

If the court agrees to this request, please send Mr. Davis a judgement for himself and his Case Manager.

Name Leon Davis

\* Motion Inside \*

Reg. No. 97831-020
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO  802

22 MAY 2023 PM 4  L

Federal Justice Center
ATTN: Clerk of Court
600 James Brown BLVD
Augusta, GA 30903

30901-233299